UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| YURI ALISHAEV, ABRAHAM JEREMIAS, and MORRIS JEREMIAS, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>JPMORGAN CHASE & CO., JOHN EDMONDS, MICHAEL THOMAS NOWAK, ROBERT GOTTLIEB, and JOHN DOE Nos. 1-18,<br><br>Defendants. | Case No. 1:18-cv-11629-JGK |

**STIPULATION AND [PROPOSED] ORDER ADJOURNING DEFENDANT JPMORGAN CHASE & CO.'S TIME TO RESPOND TO PLAINTIFFS' COMPLAINT**

Plaintiffs Yuri Alishaev, Abraham Jeremias, and Morris Jeremias and Defendant JPMorgan Chase & Co. ("JPMorgan") by and through their respective undersigned counsel, subject to this Court's approval, and to the reservation of rights contained in paragraph 2 below, agree and stipulate as follows:

**RECITALS**

WHEREAS, Plaintiffs commenced the above action in this District by the filing of a summons and complaint on December 12, 2018;

WHEREAS, JPMorgan accepted service of the complaint by email on January 2, 2019;

WHEREAS, plaintiffs in certain related cases have moved for consolidation of related actions (the "motion") pursuant to FED. R. CIV. P. 42 and requested that the Court set a schedule for the filing of a consolidated complaint and for Defendants to answer, move to dismiss, or otherwise respond to the consolidated complaint;

- 2 -

WHEREAS, the Court has ordered that any oppositions to the motion be filed by January 7, 2019, and any replies be filed by January 21, 2019, with a conference to be held on February 1, 2019;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED as follows:

1. JPMorgan's time to respond to the complaint is hereby adjourned *sine die.*

2. Except as to the defense of insufficiency of service of process in this action, no defense of JPMorgan, including without limitation defenses based upon lack of personal jurisdiction, is prejudiced or waived by JPMorgan's executing, agreeing to, or filing this Stipulation.

3. This Stipulation may be executed in separate counterparts, and counterparts may be executed in facsimile form, each of which shall be an original.

Dated:  January 2, 2019
         New York, New York

                                                  WEISSLAW LLP

                                                  /S/ Mark D. Smilow
                                                  Mark D. Smilow
                                                  1500 Broadway, Suite 1601
                                                  New York, NY 10036
                                                  Telephone: (212) 682-3025
                                                  Email: msmilow@weisslawllp.com

                                                  *Counsel for Plaintiffs Yuri Alishaev, Abraham Jeremias, and Morris Jeremias*


                                                  SULLIVAN & CROMWELL LLP

                                                  /S/ Amanda Flug Davidoff
                                                  Amanda Flug Davidoff
                                                  1700 New York Avenue, N.W., Suite 700
                                                  Washington, D.C. 20006-5215
                                                  Telephone: (202) 956-7500
                                                  Email: davidoffa@sullcrom.com

                                                  *Counsel for Defendant JPMorgan Chase & Co.*

- 3 -

**SO ORDERED.**

DATED:

New York, NY

HON. JOHN G. KOELTL
United States District Judge